IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JEFFREY THOMAS OSTDIEK, United States Citizen of Marilyn Kathryn Lubischer and Jerry Thomas Ostdiek;<br><br>Plaintiff,<br><br>vs.<br><br>SARPY COUNTY COURT PROSECUTOR, and All Known Associates; and GAGE COBB, and All Known Associates;<br><br>Defendants. | **8:19-CV-483**<br><br><br>**ORDER** |

On February 3, 2020, this Court ordered Plaintiff to show cause why this case should not be dismissed for his failure to prosecute pursuant to Federal Rule of Civil Procedure 4(m). Filing 9. In response, Plaintiff did not show good cause for his failure to serve Defendants, but nevertheless requested an extension. *See* Filing 10. The Court granted Plaintiff an additional thirty (30) days, or until March 12, 2020, within which to perfect service. Filing 11. The Court denied a further request for extension without cause. Filing 12; Filing 13.

The Plaintiff has still failed to serve Defendants. The Court's previous Order stated, "Should Plaintiff fail to comply with Fed. R. Civ. P. 4 on or before March 12, 2020, the case will be dismissed without prejudice and without further notice." Accordingly,

IT IS ORDERED:

1. This case is dismissed without prejudice;

2. A separate judgment will be entered.

Dated this 23rd day of March, 2020.

BY THE COURT:

Brian C. Buescher
United States District Judge